# United States District Court
## Violation Notice

**CVB Location Code:** EW3

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAUA003P | Smith | 2145 |

FAUA003P

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 03/19/2022 14:12
**Offense Charged:** FED 36 CFR 261.54D

**Place of Offense:** FRENCH CABIN SNO PARK

**Offense Description: Factual Basis for Charge**
VIOLATION OF STATE LAW, NO ATV REGISTRATION

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| PARKER | SHAWN | S |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | $ 100.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Yakima Federal Court House. 25 S. 3rd St. Yakima, WA 98901

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FAUA003P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    03/19/2022    while exercising my duties as a law enforcement officer in the    Eastern    District of    WA

Pursuant to 16USC 551: I was in the Salmon La Sac area in a law enforcement uniform and marked agency vehicle. LEO Goninan was working in plain clothes and unmarked vehicle. We were investigating reports of unpermitted commercial activity involving Cascade Playtime. We've worked several cases involving Cascade Playtime, the owner Shawn Parker, and his employees. Mr.Parker has been cited previously for conducting business without a special use authorization as well as state law violations. At the French Cabin SnoPark I observed a truck, trailer, and snowmobiles I recognized as Cascade Playtime equipment. I took photos of the equipment. I observed a male and female near the snowmobiles and spoke with them. The individuals said they rented the snowmobiles from Cascade Playtime. They showed up at 09:00 and the truck, trailer, and snowmobiles were already at the SnoPark. The individuals described a young male and an older male with an accent that delivered the snowmobiles and showed them how to use them. They were instructed to leave the snowmobiles near the trailhead and Cascade Playtime would pick them up. The couple wanted to remain anonymous. About an hour later LEO Goninan said he observed two males loading the Cascade Playtime snowmobiles onto a trailer. LEO Goninan described the individuals and vehicles. A few moments later I saw vehicles and individuals matching that description and waived them to pull over into a parking area. I contacted them, identified myself, and conducted a recorded interview. One of the individuals was Mr. Parker's son, Broc Parker, and the other is a part time employee of Cascade Playtime. Both denied conducting commercial activity. I told them they were free to go and I would contact Mr. Parker. I observed a UTV exit the French Cabin area. I did not see a registration. I stopped the UTV and the driver identified himself as Mr. Parker's son. I checked and confirmed there was no OHV registration, no plate, and no paper registration as required. I told Mr. Parker's son that he was free to leave and I would contact his dad. I contacted Mr. Parker at Cascade Playtime and he said the machine is currently registered. Mr. Parker handed me a registration for a different machine. Dispatch checked the VIN and confirmed it was not stolen and not currently registered. Mr. Parker searched and was unable to produce a valid registration or bill of sale. His son is a juvenile so Mr. Parker was issued a citation for not having valid vehicle registration under 36 CFR 261.54(d). Mr.

The foregoing statement is based upon:

     MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    03/19/2022
     Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
     Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident