# United States District Court
# Violation Notice

| | |
|---|---|
| CVB Location Code | EW3 |
| Violation Number | FAUA003R |
| Officer Name | Smith |
| Officer No. | 2145 |

FAUA003R

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/19/2022 14:12
Offense Charged: FED 36 CFR 261.10K
Place of Offense: FRENCH CABIN SNO PARK

Offense Description: Factual Basis for Charge
USE OR OCCUPANCY OF NATIONAL FOREST SYSTEM LAND OR FACILITIES WITHOUT SPECIAL-USE AUTHORIZATION WHEN SUCH AUTHORIZATION IS REQUIRED.

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| PARKER | SHAWN | S |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

## VEHICLE

VIN:     CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 250.00  Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT  $ 280.00  Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Yakima Federal Court House. 25 S. 3rd St. Yakima, WA 98901

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FAUA003R

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     03/19/2022     while exercising my duties as a law enforcement officer in the     Eastern     District of     WA

Pursuant to 16USC 551: I was in the Salmon La Sac area in a law enforcement uniform and marked agency vehicle. LEO Goninan was working in plain clothes and unmarked vehicle. We were investigating reports of unpermitted commercial activity involving Cascade Playtime. We've worked several cases involving Cascade Playtime, the owner Shawn Parker, and his employees. Mr. Parker has been cited previously for conducting business without a special use authorization as well as state law violations. At the French Cabin SnoPark I observed a truck, trailer, and snowmobiles I recognized as Cascade Playtime equipment. I took photos of the equipment. I observed a male and female near the snowmobiles and spoke with them. The individuals said they rented the snowmobiles from Cascade Playtime. They showed up at 09:00 and the truck, trailer, and snowmobiles were already at the SnoPark. The individuals described a young male and an older male with an accent that delivered the snowmobiles and showed them how to use them. They were instructed to leave the snowmobiles near the trailhead and Cascade Playtime would pick them up. The couple wanted to remain anonymous. About an hour later LEO Goninan said he observed two males loading the Cascade Playtime snowmobiles onto a trailer. LEO Goninan described the individuals and vehicles. A few moments later I saw vehicles and individuals matching that description and waived them to pull over into a parking area. I contacted them, identified myself, and conducted a recorded interview. One of the individuals was Mr. Parker's son, Broc Parker, and the other is a part time employee of Cascade Playtime. Both denied conducting commercial activity. I told them they were free to go and I would contact Mr. Parker. I contacted Mr. Parker at Cascade Playtime and conducted an interview recorded on my department issued body worn camera. Mr. Parker denied any wrongdoing. I confirmed with the special use administrator that Mr. Parker does not have a special use permit. Mr. Parker and his sons were previously advised of the rules related to conducting business on NFS managed land. Mr. Parker and his son Broc were issued citations for conducting work activity without a special use authorization under 36 CFR 261.10(c) and for use or occupancy of NFS land without special use authorization when required under 36 CFR 261.10(k).

The foregoing statement is based upon:

    MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
03/19/2022
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident