FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 17 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Shawn S. Parker,<br><br>Defendant's Printed Name. | No. 1:23-PO-8011-ACE-1<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETTY OFFENSE CLASS B MISDEMEANOR INFORMATION |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Class B Misdemeanor Information;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel and if I am under age 18, my right to be represented by counsel and to ask the court to appoint counsel if I do not have the necessary funds;

5. My right to a bench trial before a Magistrate Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____
Interpreter Signature

_____
Interpreter Printed Name

Date: 2-27-2023

_[signature]_
Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2