Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorney
Jacquelyn R. Nader
Law Clerk
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-PO-08011-ACE-1 |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE |
| v. | |
| SHAWN S. PARKER, | Without Oral Argument |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, Todd M. Swensen, Assistant United States Attorney, and Jacquelyn R. Nader, Law Clerk, does not oppose Defendant's Motion to Continue (ECF No. 14) his status conferment to the next petty offense docket on April 21, 2023.

In response to Defendant's motion, the United States asserts that it provided discovery at 9:40 a.m. on March 15, 2023, prior to Defendant's motion to continue.

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE- 1

Dated: March 16, 2023

Vanessa R. Waldref
United States Attorney

*s/ Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

*s/ Jacquelyn R. Nader*
Jacquelyn R. Nader
Law Clerk

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify Defense counsel Kraig Gardner.

*s/ Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

*s/ Jacquelyn R. Nader*
Jacquelyn R. Nader
Law Clerk

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE- 3